August 8, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

HOUSTON HOUSING AUTHORITY, Appellant

NO. 14-16-00275-CV                                       V.

THE HONORABLE MIKE PARROTT, Appellee

_____

This cause, an appeal from an order in favor of appellee, The Honorable Mike Parrott, signed, March 9, 2016, was heard on the transcript of the record. We order the appeal **DISMISSED**.

We order appellant, Houston Housing Authority, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.